**MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.,**
Plaintiff–Appellant,

v.

SAMSUNG ELECTRONICS CO., LTD., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., and Samsung Austin Semiconductor, L.L.C., Defendants–Appellees.

No. 2007–1156.

United States Court of Appeals, Federal Circuit.

March 20, 2008.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).